ZORAN CORPORATION and Oak Technology, Inc., Appellants,

v.

INTERNATIONAL TRADE COMMISSION, Appellee,

and

Mediatek, Inc., Artronix Technology, Inc., Asustek Computer, Inc., Asus Computer International, EPO Science and Technology, Inc., Lite–On Information Technology Corp., Micro–Star International Co., Ltd., MSI Computer Corp., Teac America Inc., Teac Corp., and Ultima Electronics Corp., Intervenors.

Mediatek, Inc., Artronix Technology, Inc., Asustek Computer, Inc., Asus Computer International, EPO Science and Technology, Inc., Lite–On Information Technology Corp., Micro–Star International Co., Ltd., MSI Computer Corp., Teac America Inc., Teac Corp., and Ultima Electronics Corp., Appellants,

PACIFIC AEROSPACE & ELECTRONICS, INC., Plaintiff–Appellant,

v.

SRI HERMETICS, INC., Defendant–Appellee.

No. 2006–1123.

United States Court of Appeals, Federal Circuit.

Feb. 27, 2006.

ON MOTION

*ORDER*

v.

**International Trade Commission,**
**Appellee,**

and

**Zoran Corporation and Oak**
**Technology, Inc.,**
**Intervenors.**

No. 2006–1105, 2006–1106.

United States Court of Appeals,
Federal Circuit.

Feb. 27, 2006.

ON MOTION

*ORDER*

Zoran Corporation et al. and MediaTek, Inc. et al. move jointly and without opposition to dismiss their appeals, 2006–1105 and 2006–1106, of the International Trade Commission's September 28, 2005 exclusion and cease and desist orders in *Certain Optical Disk Controller Chips and Chipsets and Products Containing Same, Including DVD Players and PC Optical Storage Devices,* No. 337–TA–506.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.